

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00061-CV

**EX PARTE** Dan Lamar **COGDELL**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCM-18-0000259
Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: July 3, 2019

DISMISSED

Appellant the Texas Department of Public Safety filed a motion to dismiss this appeal. Appellee Dan Lamar Cogdell has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM